UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CASE NO: 6:12-bk-06990-KSJ

ALKESH SHASTRI,

    Debtor.
_____/

## DEBTOR'S MOTION TO EXTEND TIME TO FILE CHAPTER 13 PLAN

COMES NOW, the Debtor, ALKESH SHASTRI, pursuant to Bankruptcy Rule 1007(a)(4), requests an extension of time within which to file a Chapter 13 Plan and in support thereof states:

1. On May 22, 2012, the debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. F.R.B.P. 1007 provides that the debtor shall file a Chapter 13 Plan within fifteen (15) days after the Petition is filed; however the time to file may be extended for cause.

3. The meeting of creditors under Bankruptcy Code 341 is scheduled for June 21, 2012.

1

4. The debtor will provide the Chapter 13 Plan to the court not later than June 15, 2012.

WHEREFORE, the debtor requests that the court extend the deadline to a Chapter 13 Plan in this case until and including June 15, 2012, and grant such other and further relief as the court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to: **United States Trustee's Office**, 135 W. Central Boulevard, Suite 620, Orlando, FL  32801; **Laurie K. Weatherford, Trustee,** P.O. Box 3450, Winter Park, FL  32790 on this 4th day of June, 2012.

_/s/ Neil J. Buchalter_
NEIL J. BUCHALTER, ESQUIRE
Florida Bar No: 295647
2395 N. Courtenay Parkway, Suite 201
Merritt Island, FL  32953
(321) 205-0900
(321) 205-0903 facsimile
Attorney for Debtor