UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 12-6990-6B3

In the Matter of:

ALKESH SHASTRI

     Debtor.

_____/

## MOTION TO DISMISS CHAPTER 13 BANKRUPTCY

COMES NOW Community Bank of the South, by and through its undersigned attorneys, and prays this Court dismiss the Chapter 13 bankruptcy, and will show as follows:

1.     11 U.S.C. §109(e) limits the filing of a Chapter 13 to individuals with debts not exceeding $360,475 in unsecured debt.

2.     The Debtor's Schedule F reflects unsecured debts of $50,322.87. However, in Schedule D, the Debtor reflects unsecured portions on secured claims that total $626,859.97. Therefore, the Debtor exceeds the unsecured portions allowed to file a Chapter 13 bankruptcy and does not qualify to be a Chapter 13 Debtor. In addition, there are other unsecured debts shown by SOFA #4 lawsuits, which are not reflected in Schedule F, which will also increase the debt amount.

3.     Alternatively, the Debtor's Schedules I and J show insufficient income and disposable income to successfully fund a Chapter 13 plan.

WHEREFORE, it is prayed the Court dismiss this Chapter 13 bankruptcy.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by United States Mail/electronic transmission to Neil J. Buchalter, Esquire, 2395 North Courtenay Parkway, #203,

1

Merritt Island, Florida 32953; Laurie Weatherford, Post Office Box 3450, Winter Park, Florida 32790; and Alkesh Shastri, 1045 Cady Circle, Titusville, Florida 32780 this _____ day of June, 2012.

 

_____
Raymond J. Rotella, of
KOSTO & ROTELLA, P.A.
POST OFFICE BOX 113
ORLANDO, FLORIDA 32802
TELEPHONE 407/425-3456
FACSIMILE 407/423-5498
FLORIDA BAR NO. 157951
Rrotella@kostoandrotella.com
Attorneys for Community Bank of the South