UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 12-6990-6J3

In the Matter of:

ALKESH SHASTRI

    Debtor.

_____/

## MOTION TO REQUIRE DEBTOR TO FILE MONTHLY BUSINESS REPORTS

COMES NOW Community Bank of the South, by and through its undersigned attorneys, and files this its Motion to require the Debtor to file monthly business reports, and as grounds therefor would state as follows:

1. The Debtor receives monthly rental income and perhaps other income from operation of a business, or ownership of real property.

2. The bank has a lien on business assets and the reports will allow the bank to review Debtor's business operations.

3. As a business Debtor, the Debtor should be required to prepare and file monthly business reports so the Chapter 13 Trustee and this bank can oversee business operations.

4. Alternatively, it appears from SOFA #18, that Debtor's source of income is from an unscheduled B shareholder interest in a Florida corporation known as YPC Enterprises, Inc., and not self employed as is shown on Schedule I. Regardless, if the Debtor is self employed or an employee of a Florida corporation, he is a sole shareholder, Debtor should file mandatory forms as a business Debtor case.

WHEREFORE, it is prayed the Debtor be required to file monthly business reports.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by United States

Mail/electronic transmission to Neil J. Buchalter, Esquire, 2395 North Courtenay Parkway, #203, Merritt Island, Florida 32953; Laurie Weatherford, Post Office Box 3450, Winter Park, Florida 32790; and Alkesh Shastri, 1045 Cady Circle, Titusville, Florida 32780 this ____ day of June, 2012.

/s/ Raymond J. Rotella

Raymond J. Rotella, of
KOSTO & ROTELLA, P.A.
POST OFFICE BOX 113
ORLANDO, FLORIDA 32802
TELEPHONE 407/425-3456
FACSIMILE 407/423-5498
FLORIDA BAR NO. 157951
Rrotella@kostoandrotella.com
Attorneys for Community Bank of the South