UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                     CASE NO: 6:12-bk-06990-KSJ

ALKESH SHASTRI,

    Debtor.

_____/

__X__ **Chapter 13 Plan**                             _____ **Amended Chapter 13 Plan**

    COMES NOW, THE Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1-60 (7/14/2012 TO 6/14/2017) | $ 6,650.00 |

    The Debtor(s) shall pay by **money order, cashier's check or wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

## Attorney Fees

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Neil J. Buchalter, Esq | $2,000 | $ 35.00 | 1-60 |

## Priority Claims

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

## Unsecured Priority Claims

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | | | |

## Secured Claims

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America | $213,946.00 | $ 900.00 (Attempting to modify – 1stMortgage) | 1-60 |
| Bank of America | $ 49,311.00 | $ 0.00 (To strip lien – 2nd Mortgage) | 0-00 |

Residential property located at:
1045 Cady Circle, Titusville, FL 32780

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Community Bank of the South | $230,000.00 | $4,446.00 (To file Motion to Value) | 1-60 |

Commercial property located at:
1110 Garden Street, Titusville, FL 32796

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Nissan Motor Acceptance | $8,634.65 | $597.00 | 1-14 |

## Secured Arrearage

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

## Secured Gap Payments

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | $0 | | |

## Valuation of Security

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | $0 | | |

(motion to value must be filed consistent with plan treatment)

## Executory Contracts

The following Executory Contracts are assumed:

| Name of Creditor | Description of Collateral: | Month Numbers: |
|---|---|---|
| NONE | | |

The following Executory Contracts are rejected:

| Name of Creditor: | Description of Collaterial |
|---|---|
| NONE | |

**UNSECURED CREDITORS** : Whose claims are allowed shall receive a pro rata share of the balance of funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**: UNKNOWN 0%**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all payments and the discharge of Debtor(s).

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 13TH day of JUNE, 2012.

/S/NEIL J. BUCHALTER
NEIL J. BUCHALTER, ESQ
2395 N Courtenay Parkway
Suite 203
Merritt Island FL 32953
Florida Bar No: 295647
Tel: (321) 205-0900
Fax: (321) 205-0903
Counsel for the Debtor(s)

Label Matrix for local noticing
113A-6
Case 6:12-bk-06990-KSJ
Middle District of Florida
Orlando
Wed Jun 13 16:01:08 EDT 2012

Deutsche Bank National Trust Company, as Tru
Weltman, Weinberg and Reis, Co., LPA
c/o Mark E. Steiner, Esq.
550 West Cypress Creek Road, Suite 550
Fort Lauderdale, FL 33309-6174

United States Trustee - ORL7/13 7
135 W Central Blvd., Suite 620
Orlando, FL 32801-2440

United States Bankruptcy Court
135 West Central Boulevard Suite 950
Orlando, FL 32801-2443

Allied Interstate Inc
3000 Corporate Exchange Dr
5th Floor
Columbus, OH 43231-7723

American InfoSource LP as agent for
First Data Global Leasing
PO Box 248838
Oklahoma City, OK 73124-8838

Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410-8110

Bank Of America
Attn: Bankruptcy
NC4-105-0299
Po Box 26012
Greensboro, NC 27420-6012

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

Bank Of America, N.a.
450 American St
Simi Valley, CA 93065-6285

Barclays Bank Delaware
Attention: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Brevard County Tax Collector
Attn: Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville FL 32781-2500

Brevard County Taxing Collec
400 South Street
Titusville, FL 32780-7698

Chase
201 N. Walnut St//Del-1027
Wilmington, DE 19801-2920

Chase
P.o. Box 15298
Wilmington, DE 19850-5298

Client Services Inc
3451 Harry Truman Blvd
Saint Charles, MO 63301-9816

Community Bank of The South
277 N Sykes Creek Pkwy
Merritt Island, FL 32953-3428

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Frederick J Hanna & Assoc
1427 Rosewell Rd
Marietta, GA 30062-3668

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

GEMB/ Dillards
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gecrb/gecaf Regionals
Po Box 981439
El Paso, TX 79998-1439

Gemb/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gemb/rooms To Go
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gemb/walmart
Po Box 981400
El Paso, TX 79998-1400

Hsbc Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-5213

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Krispy Kreme
980 International Speedway B
Daytona Beach, FL 32114-3559

Lowes / MBGA / GEMB
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076-9104

Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266-0360

| | | |
|---|---|---|
| Nissan Motor Acceptance<br>POB 660366<br>Dallas, TX 75266-0366 | OAK HARBOR CAPITAL IV, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Ober/Kaler<br>Attorneys for Global Express<br>100 Light Street<br>Baltimore, MD 21202-1036 |
| Southeast Petro Distributors<br>RA: John Soileau, Esq.,<br>3490 N US Highway 1<br>Cocoa, FL 32926-8724 | Trio Media LLC<br>PO Box 2853<br>Crossville, TN 38557-2853 | Vance, Lotane & Bookhardt PA<br>Attorneys At Law<br>1980 Michigan Ave<br>Cocoa, FL 32922-5729 |
| Wells Fargo Bank, N.A.<br>Business Direct Division<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | Alkesh Shastri<br>1045 Cady Circle<br>Titusville, FL 32780-7912 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Neil J Buchalter<br>Neil J Buchalter PA<br>2395 North Courtenay Parkway<br>Suite 203<br>Merritt Island, FL 32953-4034 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Community Bank of South

End of Label Matrix
Mailable recipients   40
Bypassed recipients    1
Total                 41