

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/16/2012 03:00 PM

COURTROOM   B, 5th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:12-bk-06990-KSJ | 13 | 05/22/2012 |

Chapter 13

**DEBTOR:** Alkesh Shastri

**DEBTOR ATTY:** Neil Buchalter

**TRUSTEE:** Laurie Weatherford

**HEARING:**

1) Motion to Extend Automatic Stay. Filed by Debtor (Doc #17)
*2) Motion by Community Bank of South to Dismiss Case (Doc #18)
*3) Motion by Community Bank of Sout to Prohibit Use of Cash Collateral and Debtor's use of rents without adequate protection (Doc #19)
*4) Motion by Community Bank of South to Require Debtor to File Monthly Business Reports (Doc #20)
*5) Motion by Community Bank of South for an Order Confirming No Automatic Stay is in Effect (Doc #30)
Note: Related Case: 11-16853-6J3

**APPEARANCES:**:
Neil Buchalter: D'or
Debtor
Stuart Ferderer: Tee
Raymond Rotella: Community Bank of the South

**RULING:** Tagged for Audio Access.

1) Motion to Extend Automatic Stay. Filed by Debtor (Doc #17) - Denied. Order by Rotella.

2) Motion by Community Bank of South to Dismiss Case (Doc #18) - Granted. Order by Ferderer.

3) Motion by Community Bank of Sout to Prohibit Use of Cash Collateral and Debtor's use of rents without adequate protection (Doc #19) - No action taken.

4) Motion by Community Bank of South to Require Debtor to File Monthly Business Reports (Doc #20) - No action taken.

5) Motion by Community Bank of South for an Order Confirming No Automatic Stay is in Effect (Doc #30) - Denied. Order by Rotella.

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This docket entry/document is not an official order of the Court</b>

Case Number 6:12-bk-06990-KSJ     Chapter 13