IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:12-bk-06990-KSJ

In re:

ALKESH SHASTRI,

    Debtor(s).
_____/

### ORDER GRANTING MOTION TO DISMISS CASE

THIS CASE came before the Court on July 16, 2012 upon the Motion to Dismiss Pursuant to Section 109(e) of the Bankruptcy Code by creditor Community Bank of South (Document No. 18). The court after hearing argument and being otherwise advised in the premises finds that the motion has merit and should be granted. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1.    This case is dismissed.

2.    The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3.    Of the Debtor(s) $0.00 in the Trustee's trust account, administrative expenses shall be disbursed as follows: 0.00 to secured creditors provided for in the Debtor(s) current plan, $0.00 attorney fees provided for in the Debtor(s) current plan, $0.00 to the Trustee and the sum of $0.00 shall be refunded to the Debtor(s).

DONE and ORDERED in Orlando, Florida, this 24th day of July, 2012

_____
KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

Copies to:
All Creditors and Interested Parties